**Order entered September 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01072-CR

**THOMAS PAUL GILBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80015-2018**

## ORDER

Appellant filed a timely pro se notice of appeal on September 17, 2018.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

If appellant is not indigent and decides that he does not wish to be represented by retained counsel, the trial court shall advise appellant of the following:

• The trial court shall advise appellant of the dangers and disadvantages of self-representation. *See Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987). The trial court shall further advise appellant that he does not have the right to hybrid representation and that any brief filed by counsel will be stricken.

• If the trial court determines appellant's waiver of counsel is knowing and voluntary, it shall provide appellant with a statement, for appellant to sign, in substantially the form provided in article 1.051(g) of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(g).

• The trial court shall advise appellant that he will be required to request and pay for the preparation of the clerk's record and reporter's record in the case. *See* TEX. R. APP. P. 35.3.

We **ORDER** the trial court to transmit a supplemental record containing the written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order. If the trial court determines appellant's waiver of counsel is knowing and voluntary, the supplemental record shall contain appellant's signed, written waiver in substantially the form provided by article 1.051(g).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Scott Becker, Presiding Judge, 219th Judicial District Court; to Thomas Paul Gilbert, Collin County Jail, 4300 Community Avenue, McKinney, TX 75071; and to the Collin County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
       JUSTICE